UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 OCT 18 PM 3:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

CARPENTERS LOCAL UNION 127   )
HEALTH & WELFARE FUND,
CARPENTERS LOCAL UNION 127   )
MONEY PURCHASE PENSION PLAN,
CARPENTERS LOCAL UNION 127   )
APPRENTICE TRAINING PROGRAM
TRUST,                        )

    Plaintiffs,            )

vs.                           )        CV99-S-1475-S

AMERICAN MARIETTA,            )

    Defendant.             )

ENTERED
OCT 1 8 1999

**FINDINGS OF FACT**
**AND**
**CONCLUSIONS OF LAW**

The court has before it plaintiffs' motion for entry of judgment, together with the affidavit of Roni Perkins. After review of these documents and the file, the court finds and concludes as follows:

1. That American Marietta was served on June 14, 1999, and defendant has failed to answer or respond.

2. That American Marietta is a corporation within the jurisdiction of this court.

3. That American Marietta is indebted to plaintiffs Carpenters Local Union 127 Health & Welfare Fund, Carpenters Local Union 127 Money Purchase Pension Plan, and Carpenters Local Union 127 Apprentice Training Program Trust, in the sum of $5,826.84.

4. That plaintiffs shall have and recover from defendants the sum of $5,826.84.

A judgment by default will be entered contemporaneously herewith.

DONE this __18th__ day of October, 1999.

_____
United States District Judge